■ In the Matter of MICHAEL P. McDONOUGH, Appellant, v ROBERT McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Kassal, J.), entered on February 10, 1981, unanimously affirmed for the reasons stated by Kassal, J., at Special Term, without costs and without disbursements. Concur — Sullivan, J. P., Carro, Fein, Silverman and Milonas, JJ.

■ In the Matter of WALTER TOLUB et al., Appellants, v HERBERT B. EVANS, as Chief Administrative Judge of the State of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Gabel, J.), entered on August 4, 1981, unanimously affirmed, without costs and without disbursements. This court, *sua sponte*, grants leave to appeal to the Court of Appeals and pursuant to CPLR 5713 states that questions of law have arisen which ought to be reviewed by the Court of Appeals. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Lupiano and Bloom, JJ.

■ In the Matter of THOMAS J. RIORDAN, Appellant, v JOHN D. SIMPSON et al., Respondents. — Judgment, Supreme Court, New York County (Sutton, J.), entered on December 17, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on December 9, 1980, is dismissed as being from a nonappealable order, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Lupiano, Bloom and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VALETTE, Appellant. — Judgment of resentence, Supreme Court, New York County (Galligan, J.), rendered on September 24, 1981, *nunc pro tunc* to August 5, 1981, unanimously affirmed. By reason of resentence, the judgment of said court rendered on August 5, 1981 was vacated and the appeal therefrom is dismissed. No opinion. Concur — Kupferman, J. P., Ross, Lupiano, Bloom and Asch, JJ.

■ In the Matter of JULIUS STERN, an Attorney. — Reference ordered, and respondent suspended as an attorney and counselor at law in the State of New York, as of March 8, 1982, all as indicated in the order of this court. Concur — Sandler, J. P., Lupiano, Bloom, Fein and Milonas, JJ.

■ RECTOR, CHURCH WARDENS AND VESTRYMEN OF ST. BARTHOLOMEW'S CHURCH IN THE CITY OF NEW YORK v COMMITTEE TO PRESERVE ST. BARTHOLOMEW'S CHURCH, INC., et al. — Motion to amend the order of this court entered on March 18, 1982 (87 AD2d 552) granted insofar as to recall said order and to resettle same as indicated in the order of this court, and the following question certified: "Were the orders of the Supreme Court, as affirmed by this court, properly made?" Resettled order signed and filed. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Asch, JJ.